# RECOMMENDATION TERMINATING PROBATION PRIOR TO EXPIRATION DATE

## UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | Docket Number: 2:07CR00516-01 |
| ) | |
| Ronald TRAVIS ) | |

## LEGAL HISTORY:

On March 4, 2008, the above-named was placed on Probation for a period of 2 years. Special conditions included: 50 hours of unpaid community service; and 180 days home detention with electronic monitoring.

## SUMMARY OF COMPLIANCE:

Mr. Travis has complied with all conditions and special conditions of Probation, and has not been involved in any further criminal activities. It is the opinion of the probation officer that Mr. Travis has derived maximum benefit from supervision and is not in need of continued supervision.

RE: Ronald TRAVIS
Docket Number: 2:07CR00516-01
RECOMMENDATION TERMINATING
PROBATION PRIOR TO EXPIRATION DATE

**RECOMMENDATION:**

It is, therefore, respectfully recommended that Probation in this case be terminated early.

Respectfully submitted,

/s/ Wendy E. Reyes
**WENDY E. REYES**
**United States Probation Officer**

Dated: March 10, 2009
Elk Grove, California
WER/cj

**REVIEWED BY:** /s/ Deborah A. Spencer
**DEBORAH A. SPENCER**
**Supervising United States Probation Officer**

cc: AUSA, To be assigned (Pursuant to Rule 32, notice of proposed relief to the is being provided. If no objection is received from you within 14 days, the probation officer's Recommendation and Prob 35-Order Terminating Probation Prior to Expiration Date, will be submitted to the Court for approval.)

PROB 35

# ORDER TERMINATING PROBATION
# PRIOR TO EXPIRATION DATE

## UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA )
)
vs. ) Docket Number: 2:07CR00516-01
)
Ronald TRAVIS )
)

On March 4, 2008, the above-named was placed on Probation for a period of 2 years. He has complied with the rules and regulations of supervision. It is accordingly recommended that he be discharged from supervision.

Respectfully submitted,

/s/ Wendy E. Reyes
**WENDY E. REYES**
**United States Probation Officer**

Dated: March 10, 2009
Elk Grove, California
WER/cj

**REVIEWED BY:** /s/ Deborah A. Spencer
**DEBORAH A. SPENCER**
**Supervising United States Probation Officer**

RE: Ronald TRAVIS
Docket Number: 2:07CR00516-01
**ORDER TERMINATING PROBATION**
<u>**PRIOR TO EXPIRATION DATE**</u>

### ORDER OF COURT

It is ordered that the probationer be discharged from Probation, and that the proceedings in the case be terminated.

4/7/09

**Date**

*Dale A. Drozd*

Dale A. Drozd
**United States Magistrate Judge**

WER/cj

Attachment: Recommendation

cc: United States Attorney's Office